October 25, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

ENRIQUE TORRES, Appellant

NO. 14-16-00649-CV             V.

FIESTA MART, LLC F/K/A FIESTA MART, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 19, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Enrique Torres.

We further order this decision certified below for observance.